```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04463-RNO
Joseph T. Konupka                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner            Page 1 of 1            Date Rcvd: Aug 09, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db             +Joseph T. Konupka,   407 Wiconisco Street,   Harrisburg, PA 17110-2022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James Warmbrodt     on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Crescent Mortgage Company tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor Joseph T. Konupka tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph T. Konupka aka Joseph T. Konupka, III<br>                        Debtor | Chapter 13 |
| Crescent Mortgage Company<br>                        v.<br>Joseph T. Konupka aka Joseph T. Konupka, III<br>                        and<br>Charles J. DeHart, III Esq.<br>                        Trustee | NO. 15-04463 RNO |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on August 16, 2016 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow Crescent Mortgage Company and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 407 Wiconisco Street Harrisburg, PA 17110.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: August 9, 2017