# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JOSEPH T. KONUPKA
            AKA: JOSEPH T. KONUPKA, III          CHAPTER 13

            Debtor(s)

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
               Movant
                                                            CASE NO: 1-15-04463-HWV

            JOSEPH T. KONUPKA
            AKA: JOSEPH T. KONUPKA, III

            Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on November 28, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

   - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of November 28, 2017, the Debtor(s) is/are $1200.00 in arrears with a plan payment having last been made on Sep 11, 2017.

      In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                   Respectfully Submitted,
                                                  /s/ Liz Joyce
                                                  for Charles J. DeHart, III, Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA 17036
                                                  Phone: (717) 566-6097

Dated: November 28, 2017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH T. KONUPKA
AKA: JOSEPH T. KONUPKA, III

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

JOSEPH T. KONUPKA
AKA: JOSEPH T. KONUPKA, III

    Respondent(s)

CHAPTER 13

CASE NO: 1-15-04463-HWV

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on November 28, 2017.

SCHIFFMAN, SHERIDAN & BROWN, PC
TRACY L UPDIKE, ESQUIRE
2080 LINGLESTOWN ROAD, SUITE 201
HARRISBURG, PA 17110-

JOSEPH T. KONUPKA
407 WICONISCO STREET
HARRISBURG, PA 17110

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 28, 2017