```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 15-04463-HWV
Joseph T. Konupka                                                        Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner               Page 1 of 2             Date Rcvd: Nov 29, 2017
                               Form ID: pdf010             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
```
db             +Joseph T. Konupka,    407 Wiconisco Street,    Harrisburg, PA 17110-2022
4709620        +AES/Suntrust,    PO Box 61047,    Harrisburg, PA 17106-1047
4709621         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,
                 Camp Hill, PA 17001-8875
4709623        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4709624         Crescent Mortgage,    425 Phillips Blvd,    Trenton, NJ 08618-1430
4709625        +Crescent Mortgage Company,    5901 Peachtree Dunwoody Road,    Bldg C, Suite 250,
                 Atlanta, GA 30328-7299
4750732        +Crescent Mortgage Company,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
4882050         ECMC,   po box 16408,    St. Paul, MN 55116-0408
4882051         ECMC,   po box 16408,    St. Paul, MN 55116-0408,    ECMC,   po box 16408,
                 St. Paul, MN 55116-0408
4709627        +Leon Haller, Esq.,    Purcell, Krug & Haller,    1719 North Front Street,
                 Harrisburg, PA 17102-2392
4709628        +Matthew K. Fissel, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4714165        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
4709633         Temple University,    1801 N. Broad Street,    216 Carnell Hall,    Philadelphia, PA 19122-6003
4709634        +Torres Credit Services,    27 Fairview Ave.,    Carlisle, PA 17015-3200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4709622        +E-mail/Text: bankruptcy@cavps.com Nov 29 2017 19:04:51     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Suite 4A,    Valhalla, NY 10595-2323
4711342        +E-mail/Text: bankruptcy@cavps.com Nov 29 2017 19:04:51     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4709626         E-mail/Text: cio.bncmail@irs.gov Nov 29 2017 19:04:38     Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA  19114
4725245         E-mail/Text: blegal@phfa.org Nov 29 2017 19:04:48     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
4709630         E-mail/Text: blegal@phfa.org Nov 29 2017 19:04:48     PHFA-HEMAP,    211 N. Front Street,
                 PO Box 15530,   Harrisburg, PA 17105-5530
4752071         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2017 19:06:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4709631         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2017 19:05:56
                 Portfolio Recovery Association,    Riverside Commerce Center,    120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502
4709629         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2017 19:04:43
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN:  Bankruptcy Division,
                 Harrisburg, PA  17128-0946
4709632         E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 19:00:37     SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 9
```
```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: AGarner              Page 2 of 2                Date Rcvd: Nov 29, 2017
                               Form ID: pdf010            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James  Warmbrodt    on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Crescent Mortgage Company tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joseph T. Konupka tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Joseph T. Konupka**<br>aka Joseph T. Konupka, III | Chapter: 13 |
| Debtor(s) | Case No.: 1:15-bk-04463-HWV |
| **CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>vs. Movant(s) | |
| **JOSEPH T. KONUPKA**<br>**AKA: JOSEPH T. KONUPKA, III**<br>Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: November 29, 2017

Order Dismissing Case with Parties 9/17